**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: DEROSE, DANIEL L. | § Case No. 11-81273 |
|      DEROSE, KAMI J. | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>BERNARD J. NATALE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    327 S Church Street, Room 1100
    Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/17/2012 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 09/17/2012     By: /s/BERNARD J. NATALE
                              Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

Case 11-81273   Doc 66   Filed 09/21/12   Entered 09/23/12 23:28:19   Desc Imaged
Certificate of Notice   Page 3 of 8

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| In re: DEROSE, DANIEL L. | § | Case No. 11-81273 |
|---|---|---|
| DEROSE, KAMI J. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 35,000.00 |
| *and approved disbursements of* | $ | 25.00 |
| *leaving a balance on hand of* [1] | $ | 34,975.00 |
| **Balance on hand:** | $ | 34,975.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | JPMorgan Chase Bank, N.A. | 26,140.89 | 26,140.89 | 0.00 | 0.00 |
| 5 | Alpine Bank & Trust Co. | 29,982.92 | 29,982.92 | 0.00 | 0.00 |
| 7 | PNC Mortgage, | 81,078.84 | 81,078.84 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 34,975.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 4,250.00 | 0.00 | 4,250.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,092.50 | 0.00 | 2,092.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 18.70 | 0.00 | 18.70 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 6,361.20 |
| Remaining balance: | $ | 28,613.80 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 28,613.80 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 28,613.80 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,562.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 90.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Dell Financial Services L.L.C. | 2,813.75 | 0.00 | 2,550.86 |
| 2 | Oak Harbor Capital III, LLC | 11,536.66 | 0.00 | 10,458.73 |
| 4 | HSBC Bank Nevada, N.A. | 5,496.58 | 0.00 | 4,983.00 |
| 6 | BACK BOWL I LLC | 3,918.71 | 0.00 | 3,552.56 |
| 8 | American Express Centurion Bank | 7,797.19 | 0.00 | 7,068.65 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 28,613.80 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Daniel L. DeRose  
Kami J. DeRose  
    Debtors

Case No. 11-81273-MB  
Chapter 7

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0752-3 | User: cshabez | Page 1 of 3 | Date Rcvd: Sep 21, 2012 |
| | Form ID: pdf006 | Total Noticed: 24 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2012.

```
db/jdb       +Daniel L. DeRose,    Kami J. DeRose,    820 Prospect Street,    Belvidere, IL 61008-4569
17028068     +Alpine Bank & Trust Co.,    PO Box 6086,    Rockford, IL 61125-1086
17028069      American Express,    PO Box 981535,    El Paso, TX 79998-1535
17028070      American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
17384543      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17028072    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services,    c/o DFS Customer Care Dept.,    PO Box 81577,
               Austin, TX 78708-1577)
17028073      HSBC,    Retail Services,    PO Box 15521,    Wilmington, DE 19850-5521
17170391     +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
17028074     +HSBC Card Services,    Cardmember Services,    PO Box 5253,    Carol Stream, IL 60197-5253
17028075     +HSBC Kawasaki,    PO Box 5253,    Carol Stream, IL 60197-5253
17028079     +PNC Bank Mortgage Service,    3232 Newark Drive,    Miamisburg, OH 45342-5433
17271982     +PNC Mortgage,,    a division of PNC Bank,,    National Association,    3232 NEWMARK DRIVE,
               MIAMISBURG, OH 45342-5421
17028080      Target National Bank,    c/o Target Credit Services,    PO Box 1581,    Minneapolis, MN 55440-1581
17028081      Target National Bank,    c/o Target Credit Services,    PO Box 673,    Minneapolis, MN 55440-0673
17028082      Teamster Privilege Credit Card,    PO Box 80027,    Salinas, CA 93912-0027
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
17264594     +E-mail/Text: bncmail@w-legal.com Sep 22 2012 00:01:25     BACK BOWL I LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
17028071     +E-mail/Text: bk.notifications@jpmchase.com Sep 21 2012 23:58:23     Chase Auto Finance,
               PO Box 901076,    Fort Worth, TX 76101-2076
17074190      E-mail/Text: resurgentbknotifications@resurgent.com Sep 22 2012 00:16:52
               Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,    PO Box 10390,
               Greenville, SC 29603-0390
17028076     +E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2012 02:47:36     JC Penney,    GE Money Bank,
               Attn:  Bankruptcy Dept.,    PO Box 103104,    Roswell, GA 30076-9104
17028077     +E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2012 00:20:49     JC Penney,    GE Money Bank,
               Attn: Bankruptcy Department,    PO Box 981402,    El Paso, TX 79998-1402
17153659      E-mail/Text: bk.notifications@jpmchase.com Sep 21 2012 23:58:23     JPMorgan Chase Bank, N.A.,
               Chase Auto Finance,    Mary Lautenbach,    AZ1-1191,    201 N. Central Ave.,
               Phoenix, AZ 85004-0073
17028078     +E-mail/Text: bankruptcydepartment@ncogroup.com Sep 22 2012 00:01:45
               NCO Financial Systems Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
18708915     +E-mail/Text: bncmail@w-legal.com Sep 22 2012 00:01:24     Oak Harbor Capital III, LLC,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
17119886     +E-mail/Text: bncmail@w-legal.com Sep 22 2012 00:01:24     TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: cshabez            Page 2 of 3             Date Rcvd: Sep 21, 2012
                              Form ID: pdf006          Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 23, 2012**                    **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: cshabez             Page 3 of 3              Date Rcvd: Sep 21, 2012
                              Form ID: pdf006          Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2012 at the address(es) listed below:

```
          Bernard J Natale    on behalf of Trustee Bernard Natale natalelaw@bjnatalelaw.com
          Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
          David J Frankel    on behalf of Creditor  HSBC Bank Nevada, N.A. (Kawasaki)
           dfrankel@sormanfrankel.com, bbehanna@sormanfrankel.com
          Fiona M. Whelan    on behalf of Trustee Lydia Meyer fwhelan00@hotmail.com
          Henry Repay    on behalf of Debtor Daniel DeRose repaylawfirm@ithink2.net,
           jamie.repaylawfirm@ithink2.net
          James E Stevens    on behalf of Creditor  Alpine Bank & Trust Co. jimstevens@bslbv.com
          Lydia  Meyer    on behalf of Trustee Lydia Meyer ecf@lsm13trustee.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Richard S Ralston    on behalf of Creditor  Oak Harbor Capital III, LLC richardr@w-legal.com,
           angelan@w-legal.com;adaml@w-legal.com
          Scott E Hillison    on behalf of Trustee Bernard Natale mmagnuson@bjnatalelaw.com
                                                                                            TOTAL: 10
```