# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: DEROSE, DANIEL L. § Case No. 11-81273
DEROSE, KAMI J. §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  BERNARD J. NATALE, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

  1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

  2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $248,081.51 *(without deducting any secured claims)* | Assets Exempt: $129,441.51 |
| Total Distribution to Claimants: $28,613.80 | Claims Discharged Without Payment: $21,360.48 |
| Total Expenses of Administration: $6,386.20 | |

  3)  Total gross receipts of $ 35,000.00 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $35,000.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $151,453.07 | $137,202.65 | $137,202.65 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,386.20 | 6,386.20 | 6,386.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 33,360.06 | 31,562.89 | 31,562.89 | 28,613.80 |
| **TOTAL DISBURSEMENTS** | $184,813.13 | $175,151.74 | $175,151.74 | $35,000.00 |

4) This case was originally filed under Chapter 7 on March 28, 2011. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/29/2012          By: /s/BERNARD J. NATALE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Estimated Value, 1/5 Interest, Subject, to Paren | 1110-000 | 35,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$35,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | JPMorgan Chase Bank, N.A. | 4210-000 | 28,610.00 | 26,140.89 | 26,140.89 | 0.00 |
| 5 | Alpine Bank & Trust Co. | 4110-000 | 29,870.00 | 29,982.92 | 29,982.92 | 0.00 |
| 7 | PNC Mortgage, | 4110-000 | 82,084.00 | 81,078.84 | 81,078.84 | 0.00 |
| NOTFILED | HSBC Kawasaki | 4110-000 | 10,889.07 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$151,453.07** | **$137,202.65** | **$137,202.65** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 18.70 | 18.70 | 18.70 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,092.50 | 2,092.50 | 2,092.50 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | N/A | 4,250.00 | 4,250.00 | 4,250.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,386.20 | $6,386.20 | $6,386.20 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Dell Financial Services L.L.C. | 7100-000 | 2,267.48 | 2,813.75 | 2,813.75 | 2,550.86 |
| 2 | Oak Harbor Capital III, LLC | 7100-000 | N/A | 11,536.66 | 11,536.66 | 10,458.73 |
| 4 | HSBC Bank Nevada, N.A. | 7100-000 | 4,884.00 | 5,496.58 | 5,496.58 | 4,983.00 |
| 6 | BACK BOWL I LLC | 7100-000 | N/A | 3,918.71 | 3,918.71 | 3,552.56 |
| 8 | American Express Centurion Bank | 7100-000 | 7,797.19 | 7,797.19 | 7,797.19 | 7,068.65 |
| NOTFILED | Teamster Privilege Credit Card | 7100-000 | 4,830.51 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank c/o Target Credit Services | 7100-000 | 10,228.88 | N/A | N/A | 0.00 |
| NOTFILED | JC Penney GE Money Bank | 7100-000 | 3,352.00 | N/A | N/A | 0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | $33,360.06 | $31,562.89 | $31,562.89 | $28,613.80 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-81273  
**Case Name:** DEROSE, DANIEL L.  
DEROSE, KAMI J.  
**Period Ending:** 11/28/12

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 09/20/11 (c)  
**§341(a) Meeting Date:** 10/31/11  
**Claims Bar Date:** 04/11/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 820 Prospect Street, Belvidere, IL 61008 | 90,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Estimated Value, 1/5 Interest, Subject, to Paren | 13,314.00 | 64,890.00 | | 35,000.00 | FA |
| 3 | Cash | 7.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking Acct. #XXXX2142 | 20.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking Acct. #XXXX6230 | 30.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking Acct. #XXXXX5168 | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Money Market Acct. #XXXX7223 | 900.00 | 0.00 | DA | 0.00 | FA |
| 8 | Household Goods & Furnishings | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Wearing Apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 10 | Wedding Ring | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | Gerber Life Insurance Policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Gerber Life Insurance Policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Term Life Insurance Policy #LF-2328-XXXX | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Term Life Insurance Policy #LF-2328-XXXX | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | Illinois Municipal Retirement Fund | 1,269.60 | 0.00 | DA | 0.00 | FA |
| 16 | Teamsters Locan 325 Pension | 119,939.91 | 0.00 | DA | 0.00 | FA |
| 17 | 1998 Pontiac Grand Prix (126,000 miles) | 2,425.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2007 Chevrolet 2500 Silverado | 20,025.00 | 0.00 | DA | 0.00 | FA |
| 19 | 2006 Blaze Trailer | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 20 | 2006 Kawasaki 750 4-wheeler | 4,405.00 | 0.00 | DA | 0.00 | FA |
| 21 | 2007 Kawasaki 360 4-wheeler | 3,210.00 | 0.00 | DA | 0.00 | FA |
| **21** | **Assets   Totals** (Excluding unknown values) | **$261,395.51** | **$64,890.00** | | **$35,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE INVESTIGATING SALE OF MINORITY INTEREST IN OUT OF STATE REAL ESTATE.

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-81273  
**Case Name:** DEROSE, DANIEL L.  
DEROSE, KAMI J.  
**Period Ending:** 11/28/12

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 09/20/11 (c)  
**§341(a) Meeting Date:** 10/31/11  
**Claims Bar Date:** 04/11/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**  December 31, 2013    **Current Projected Date Of Final Report (TFR):**  September 13, 2012  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-81273  
**Case Name:** DEROSE, DANIEL L.  
DEROSE, KAMI J.  
**Taxpayer ID #:** **-***1325  
**Period Ending:** 11/28/12

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******28-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/22/12 | {2} | Morgan Theeler LLP Trust Account | Compromise Re: South Dakota Property | 1110-000 | 35,000.00 | | 35,000.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 34,975.00 |
| 10/17/12 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $4,250.00, Trustee Compensation; Reference: | 2100-000 | | 4,250.00 | 30,725.00 |
| 10/17/12 | 102 | Dell Financial Services L.L.C. | Distribution paid 90.65% on $2,813.75; Claim# 1; Filed: $2,813.75; Reference: | 7100-000 | | 2,550.86 | 28,174.14 |
| 10/17/12 | 103 | Oak Harbor Capital III, LLC | Distribution paid 90.65% on $11,536.66; Claim# 2; Filed: $11,536.66; Reference: | 7100-000 | | 10,458.73 | 17,715.41 |
| 10/17/12 | 104 | HSBC Bank Nevada, N.A. | Distribution paid 90.65% on $5,496.58; Claim# 4; Filed: $5,496.58; Reference: | 7100-000 | | 4,983.00 | 12,732.41 |
| 10/17/12 | 105 | BACK BOWL I LLC | Distribution paid 90.65% on $3,918.71; Claim# 6; Filed: $3,918.71; Reference: | 7100-000 | | 3,552.56 | 9,179.85 |
| 10/17/12 | 106 | American Express Centurion Bank | Distribution paid 90.65% on $7,797.19; Claim# 8; Filed: $7,797.19; Reference: | 7100-000 | | 7,068.65 | 2,111.20 |
| 10/17/12 | 107 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,111.20 | 0.00 |
| | | | Dividend paid 100.00% on $2,092.50; Claim# ATTY; Filed: $2,092.50   2,092.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $18.70; Claim# EXP; Filed: $18.70   18.70 | 3120-000 | | | 0.00 |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 35,000.00 | 35,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 35,000.00 | 35,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $35,000.00 | $35,000.00 | |

Net Receipts :   35,000.00  
Net Estate :   $35,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******28-66 | 35,000.00 | 35,000.00 | 0.00 |
| | $35,000.00 | $35,000.00 | $0.00 |

{} Asset reference(s)